IN THE UNITED STATES DISTRICT COURT
DISTRICT COURT OF GUAM

WARREN ANTONIO LEE
    MOVANT,

VS.                CASE NO: 95-CR-00114

UNITED STATES OF AMERICA
    RESPONDENT.//

**FILED**
DISTRICT COURT OF GUAM
JUN 0 3 2008
JEANNE G. QUINATA
Clerk of Court

CLERK:

    I bring this brief missive to you in hopes that you may be so very kind to please provide and forward to me a true and accurate copy of most up todate status report at the address listed below.

    To wit, this court hasn't responded to my motion submitted December 11, 2007, regarding the retroactivity of the crack law commencing March 3, 2008. Thus, I'm seeking this court's judgment in this matter.

                        WARREN ANTONIO LEE
                        REGISTER #01160-093
                        USMCFP SPRINGFIELD
                        PO BOX 4000
                        SPRINGFIELD, MISSOURI 65801

Executed on this 23 day of May, 2008.

                                        RESPECTFULLY SUBMITTED,

                                        */s/ Warren Antonio Lee*

SPRINGFIELD MO 655

23 MAY 2008 PM 3 L

RECEIVED
JUN 03 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Mary Moran
Clerk of Court
U.S. District Court
District of Guam
4th Floor, US Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Warren Lee
#01168-093
**Medical Center for Federal Prisoners**
P.O. Box 4000
Springfield, Missouri 65801-4000

"Legal Mail"