1
2
3
4
5
6                    DISTRICT COURT OF GUAM
7                      TERRITORY OF GUAM
8    WARREN ANTONIO LEE,
9                                              Criminal Case No. 95-00114
                  Petitioner,
10                                             **OPINION AND ORDER**
        vs.                                    **RE: MOTION FOR RELEASE**
11
     UNITED STATES OF AMERICA,
12
13                Respondent.
14
15        The Petitioner Warren Antonio Lee ("the Petitioner") filed a Motion for Release on
16   November 16, 2010, requesting the court release him pursuant to 18 U.S.C. § 4205(a) and §
17   235(b)(3) of the Sentencing Reform Act of 1984. *See* Docket No. 87. He cites several cases that
18   interpret these provisions. *See* Docket No. 87.
19        The Petitioner's motion must be denied. In 1984, Congress repealed 18 U.S.C. § 4205
20   and abolished the federal parole system when it enacted the Sentencing Reform Act of 1984 and
21   the corresponding United States Sentencing Guidelines. *See* 18 U.S.C. § 3551 *et seq.* and 28
22   U.S.C. § 991-98.
23        The Ninth Circuit recognized that the Sentencing Reform Act "instituted a complete
24   overhaul of the sentencing process, establishing comprehensive sentencing guidelines and
25   abolishing the parole system." *Fassler v. U.S. Parole Comm'n*, 964 F.2d 877, 878 (9th Cir.
26   1991). The court concluded that "[s]ection 235 of the Act governs the transition from the old
27   regime to the new," and specifically that "§ 235(b)(3), a transition provision, does not change the
28   status of prisoners, making otherwise ineligible prisoners eligible for parole." *Id.* at 879.

1         Here, it is undisputed that the Petitioner was sentenced in 1996, years *after* the enactment

2    and effective date of the Sentencing Reform Act of 1984.  Indeed, the Judgment states

3    specifically:  "The sentence is imposed pursuant to the Sentencing Reform Act of 1984."  Docket

4    No. 53.  Under this Act, parole no longer exists in the federal system.

5         Accordingly, the motion is hereby **DENIED.**

6         **SO ORDERED.**

7

8     **/s/ Frances M. Tydingco-Gatewood**

9                                **Chief Judge**

                            **Dated: Apr 13, 2011**