# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| **UNITED STATES OF AMERICA** <br> V. <br> **Warren Antonio Lee** | **NOTICE** <br><br> CRIMINAL CASE NO.: 1:95-cr-00114-001 |
|---|---|

TYPE OF CASE:

☐ CIVIL ✔ CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

## STATUS HEARING RE RELEASE PLAN

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated above:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse <br> 520 West Soledad Avenue <br> Hagatna, Guam 96910 <br> Hon. Frances M. Tydingco-Gatewood | September 16, 2020 at 9:30 AM | September 17, 2020 at 9:30 AM |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

September 16, 2020 /s/ Carmen B. Santos
DATE (BY) DEPUTY CLERK